MAURICE SEGAR *v.* NANCY C. LOUNSBURY, ADMINISTRATRIX (ESTATE OF C. C. LOUNSBURY), ET AL.

It appearing that the defendants in the above-entitled case have failed to prosecute their appeal from the Superior Court in Tolland County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court of Errors, suo motu, that the appeal be and hereby is dismissed.

*Donald P. Chernoff,* for the appellants (defendants).

Argued December 1—decided December 1, 1964

The defendants filed a motion for reargument which was granted.